**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **CRISTIAN BIBLIAN LOVERA,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | **CAUSE NO. EP-26-CV-445-KC** |
| § | |
| **MARY DE ANDA-YBARRA, et al.,** § | |
| § | |
| Respondents. § | |

## SHOW CAUSE ORDER

On this day, the Court considered the case. On February 13, 2026, Cristian Biblian Lovera filed a Petition for a Writ of Habeas Corpus, ECF No. 1. On February 18, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted by February 25. Feb. 18, 2026, Order 2, ECF No. 2. On that date, Respondents filed a Motion for Extension of Time ("Motion"), ECF No. 4. They requested an extension of their response deadline to March 4 in order for their counsel "to confer with respondent agencies regarding Petitioner's specific due process claims," which involve "his fundamental right to parent and/or reunify with his children." *Id.* at 1.

Respondents stated that they conferred with Biblian Lovera's counsel on February 25, "but given the quick turnaround, [his] counsel did not have time to confer with [him] and therefore stated an assumed opposition to the extension." *Id.* at 3.

Biblian Lovera, however, did not file a response to the Motion within seven days, as required by Local Rule CV-7. *See* W.D. Tex. L.R. CV-7(D)(2). Nor did Respondents file their response to the Petition by March 4, their requested deadline. Because Biblian Lovera failed to

respond to the Motion, "the court may grant the motion as unopposed." *See* W.D. Tex. L.R. CV-7(D)(2).

Accordingly, Respondents' Motion, ECF No. 4, is **GRANTED**. Respondents are **ORDERED** to **SHOW CAUSE** by <u>**no later than March 6, 2026**</u>, why the application for a writ of habeas corpus should not be granted.

<u>**Respondents are CAUTIONED that no further extensions of their response deadline will be granted**</u>.

**SO ORDERED**.

**SIGNED this 5th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE