IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CRISTIAN BIBLIAN LOVERA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-445-KC |
| | § | |
| MARY DE ANDA-YBARRA, et al., | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

On this day, the Court considered the case. On March 9, 2026, the Court granted in part Cristian Biblian Lovera's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Mar. 9, 2026, Order 4, ECF No. 10.

Respondents have now informed the Court that on March 12, 2026, Biblian Lovera was provided a bond hearing, and was released from custody. Advisory, ECF No. 11.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 1; Mar. 9, 2026, Order. Accordingly, **the Clerk shall close the case.** To the extent Biblian Lovera wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 18th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE